62 So.2d 95

**Allen M. BABINEAUX v. Allen J. LACOBIE.**

**No. 41012.**

Nov. 10, 1952.

Mouton, Champagne & Colomb, Welton P. Mouton, Patrick L. Colomb, Chappuis & Chappuis and Jacques Huval, Lafayette, for plaintiff-appellant.

J. Minos Simon, Lafayette, for defendant-appellee.

FOURNET, Chief Justice.

This appeal presents the identical issues considered and disposed of in the case of Chappuis v. Reggie, 222 La. 35, 62 So.2d 92, and the views there expressed are controlling here. For those reasons the judgment of the district court herein is affirmed.